Watson SHAFER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28410.

Court of Criminal Appeals of Texas.

June 20, 1956.

Alfred Neal CARVER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28407.

Court of Criminal Appeals of Texas.

June 20, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., of Austin, for the State.

PER CURIAM.

The conviction is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal.

The appeal is dismissed.

'No appearance for appellant.

Henry Wade, Criminal Dist. Atty., Jack Stuart Cole, George P. Blackburn, Asst. Criminal Dist. Attys., and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Drunken driving upon a public highway is the offense; the punishment, a fine of $125 and three days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.